IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STACEY LEIGH GOLAT,
    Plaintiff,

vs.                                                                              Case No. 3:09cv427/LAC/EMT

GAIL SANSBURY, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, appearing pro se, initiated this action on September 23, 2009, by filing a civil complaint under 28 U.S.C. § 1331 (Doc. 1). The filing fee has been paid.

On January 11, 2010, this court issued an order directing the clerk to issue summonses for Defendants and instructing Plaintiff that it was her responsibility to formally serve the complaint within 120 days (Doc. 11). Plaintiff failed to file proof of service within 120 days; therefore, on May 14, 2010, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to timely effect service (Doc. 14). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 9th day of June 2010.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**